UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>GARY A. GERMANY,<br><br>              Defendant. | No. CR-08-098-RHW<br><br>ORDER DENYING DEFENDANT'S MOTION TO SET CONDITIONS OF RELEASE<br><br>☑ MOTION DENIED **(Ct. Rec. 25)** |

The Defendant's Motion to Set Conditions of Release is **DENIED** based upon the record, including the proffer of existence of an outstanding warrant.

**IT IS SO ORDERED.**

DATED January 12, 2009.


                    S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO SET CONDITIONS OF RELEASE - 1